# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| COTTMAN TRANSMISSION SYSTEMS, LLC  ) | |
| *Plaintiff*  ) | |
| v.  ) | Case No. 5:16-cv-00090 |
| CAN-AM II HOLDINGS, LLC, et al.  ) | |
| *Defendant*  ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Cottman Transmission Systems, LLC.

Date: 02/26/2016

/s/Brady A. Yntema
*Attorney's signature*

Brady A. Yntema.  Bar No.: 25771
*Printed name and bar number*
GOLDBERG SEGALLA LLP
800 Green Valley Road, Suite 302
Greensboro, NC  27408

*Address*

byntema@goldbergsegalla.com
*E-mail address*

(336) 419-4900
*Telephone number*

(336) 419-4950
*FAX number*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 26, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing (NEF).

      **GOLDBERG SEGALLA LLP**

/s/ Brady A. Yntema
Brady A. Yntema
N.C. State Bar No.: 25771
800 Green Valley Road, Suite 302
Greensboro, NC 27408
Telephone: (336) 419-4900
Facsimile: (336) 419-4950
Email: byntema@goldbergsegalla.com
*Attorney for Plaintiff*
*Cottman Transmission Systems, LLC*